IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 SEP 20 PM 3:13

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. **3:19-CR-090 (1)** |
| vs. | : | HONORABLE THOMAS M. ROSE |
| **RENDER, Keprece** | : | |
| Defendant | : | |

## ORDER OF THE COURT

For good cause shown, the Court hereby orders the following:

1. The defendant to be taken into custody for his safety and that of the community.

It is so ordered:

9/20/19
Date

HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE