# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                Case No. 3:19-CR-90

**KEPRECE RENDER,**

        **Defendant.**

## ORDER FINDING DEFENDANT IN VIOLATION OF BOND AND ORDERING THE DEFENDANT BE DETAINED

On November 15, 2019, a hearing was held in open court as to Defendant's revocation of bond supervision. Based on the evidence presented, the Court finds that no condition or combination of conditions as set forth in 18 U.S.C. § 3142(c) will reasonably assure the appearance of the person as required, the safety of any other persons, and the community.

Therefore, **IT IS THE ORDER OF THE COURT** that the Defendant's bond be revoked and he be remanded to the custody of the United States Marshals until such time as final disposition is heard, currently scheduled for December 17, 2019 at 1:30 p.m.

IT IS SO ORDERED.

                                                THOMAS M. ROSE
                                                UNITED STATES DISTRICT JUDGE