# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-                                                Case No. 3:19-CR-90

**KEPRECE RENDER,**

    **Defendant.**

## ENTRY AND ORDER

This matter is before the Court on Defendant's *pro se* motion entitled "Motion for Judicial Recommendation to the Federal Bureau of Prisons for 12 Months RRC Placement - Six Months Halfway House and Six Months Home Confinement" (doc. 48) filed April 27, 2021. The Defendant has requested the Court issue a recommendation that he be eligible for additional halfway house placement, twelve (12) months, pending his anticipated release date of September 30, 2023.

IT IS THE RECOMMENDATION OF THE COURT that if the Defendant is determined by the United States Bureau of Prison's Unit Team to be eligible, pursuant to 18 U.S.C. §3621(b) he be considered for designation.

**DONE** and **ORDERED** in Dayton, Ohio, this 28th day of April, 2021.

                                                          THOMAS M. ROSE JUDGE
                                                          UNITED STATES DISTRICT COURT